IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:21-CR-72-1-TWT |
| LAKISHA SWOPE, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 135] of the Magistrate Judge recommending that the Defendant's Motion to Vacate Sentence [Doc. 129] be denied. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 129] is DENIED.

SO ORDERED, this  2nd  day of December, 2024.

THOMAS W. THRASH, JR.
United States District Judge